Argued December 7—decided December 7, 1965

GEORGE T. HARTNEY ET AL. *v.* THE DAUGHTERS OF MARY OF THE IMMACULATE CONCEPTION, INC.

The motion by the defendant to dismiss the appeal from the Superior Court in Hartford County is granted.

*Joseph P. Cooney,* for the appellee (defendant).

*John M. Scanlon,* for the appellants (plaintiffs).

Argued December 7—decided December 7, 1965